IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NICOLE JACKSON, | ) |
|     Plaintiff, | ) ) |
| v. | ) ) |
| ECKO RECORDS, LLC, JOHN WARD, HENDERSON THIGPEN, JR. AND AUBLES D. BUCHANA P/K/A O.B. BUCHANA, | ) ) No. 2:24-cv-02920-SHL-cgc ) ) ) ) |
|     Defendants. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 25, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 38), filed November 3, 2025, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 24, 2025
Date